**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BRENDA ROUGHTON,

    Plaintiff,

v.                                    CASE NO.: 3:09cv313/MCR/MD

SCHOOL BOARD OF ESCAMBIA COUNTY,

    Defendant.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon the Stipulated Notice of Voluntary Dismissal With Prejudice filed by plaintiff. (Doc. 82). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice consistent with the parties' stipulation. The clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 20th day of May, 2010.

                                                        *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**